# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP R. ORDONEZ, LOIDA S. ORDONEZ, and ED BRINGAS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SAXON MORTGAGES SERVICES, INC., et al.,<br><br>    Defendants. | CASE NO. CV F 08-1148 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

Plaintiffs Phillip R. Ordonez, Loida S. Ordonez, and Ed Bringas (collectively "plaintiffs") initiated this action against defendants Saxon Mortgage Services, Inc. ("Saxon"), Deutsche Bank Trust Company Americas ("Deutsche Bank"), Quality Loan Service Corporation, and America Financial Funding Group Bridge Capital on August 8, 2008. Saxon and Deutsche Bank moved to dismiss plaintiffs' claims on January 13, 2009. Plaintiffs, proceeding in propria persona, failed to oppose defendants' motion. On February 17, 2009, this Court granted in part and denied in part the motion to dismiss and ordered plaintiffs, no later than March 6, 2009, to file and serve either: (1) a first amended complaint; or (2) a statement that they abandon their claims. This Court notified plaintiffs that "Failure to file an amended complaint on or before March 6, 2009 shall result in dismissal of this action." Plaintiffs failed to file an amended complaint. Accordingly, this Court:

    1.    DISMISSES without prejudice this action; and

    2.    DIRECTS the clerk of the court close this action.

IT IS SO ORDERED.

**Dated:   March 9, 2009**                     /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE